IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 13 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00836-BNB

CHARLES LEE KETTERING #104451,
C.T.C.F., P.O. Box 1010, Cañon City, CO 81215

    Applicant,

v.

BENT COUNTY WARDEN JIM KIETH,

    Respondent.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion for clarification that Applicant Charles Lee Kettering submitted to and filed with the Court on June 27, 2007. The motion is GRANTED. The June 7, 2007, Order for a Final Amended Pleading speaks for itself. Plaintiff will be allowed **fifteen (15) days from the date of this minute order** in which to comply with the June 7 order. Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated: July 13, 2007

---

Copies of this Minute Order mailed on July 13, 2007, to the following:

Charles Lee Kettering
Doc No. 104451
CTCF
PO Box 1010
Canon City, CO 81215

                            Secretary/Deputy Clerk